# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          Case No.  **14-05171-CW3-13**

RAYMOND KYLE THOMPSON                            Chapter 13
BILLIE MARIA THOMPSON

**Notice of Final Cure Payment on PreConfirmation Arrearage**

Pursuant to Fed. Bankr. Rule 3002.1(d), the Trustee files Notice that the amount required to cure the preconfirmation default in the below claim has been paid in full.

**Name of Creditor:  FCI LENDER SERVICES**          **Court Claim no.** (if known):  **7**

**Last four digits** of any number used to identify the debtor's account:  **4923**

| Final Cure Amount | |
|---|---|
| Amount of Allowed PreConfirmation Arrearage | $6,270.27 |
| Amount Paid by Trustee | $6,270.27 |

| Monthly Ongoing Mortgage Payment is paid: | |
|---|---|
| ◉   Thru the Chapter 13 Trustee conduit. | O   Direct by Debtor |

Within 21 days of the service of this Notice, the creditor should file and serve on the debtor(s), debtor(s') counsel and the trustee a statement indicating if it disagrees that the trustee has paid in full the amount required to cure the preconfirmation default.

The trustee is continuing to make payments on the post confirmation payments.

Dated:  June 26, 2018                           Respectfully submitted,
                                                /s/ Henry E. Hildebrand, III
                                                HENRY E. HILDEBRAND, III
                                                CHAPTER 13 TRUSTEE
                                                P O BOX 340019
                                                NASHVILLE, TN  37203
                                                PHONE: 615-244-1101
                                                FAX:  615-242-3241
                                                pleadings@ch13nsh.com

cc:

RAYMOND KYLE THOMPSON & BILLIE MARIA THOMPSON ;  177 NORTHLAKE DRIVE, HENDERSONVILLE, TN  37075

FCI LENDER SERVICES;  P O BOX 27370, ANAHEIM, CA  92809

RUBIN LUBLIN TN PLLC;  119 S MAIN ST STE 500, MEMPHIS, TN  38103