# UNITED STATES BANKRUPTCY COURT

---

### MIDDLE DISTRICT OF TENNESSEE

In re: **Billie Maria Thompson & Raymond Kyle Thompson**     Case no: **14-05171-CMW**

Chapter: **13**

Property Address: **177 Northlake Drive, Hendersonville, TN 37075**

Last four of any number you use to identity the debtor's account: **4923**

Court Claim No. (if known). **7**

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the American Mortgage Investment Partners Fund I Trust**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **06/26/2018** and filed as Docket No. **107**.

### Pre-Petition Default Payments

X Agrees that Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim

Total Amount Due:     $0.00

### Post-Petition Default Payments

X  Agrees that Debtor(s) is current with respect to all payments consistent with 1322(b)(5) of the Bankruptcy Code.

Total Amount Due:     $0.00

---

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

---

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this supplement applies.

\_\_ I am the Creditor             X     I am the Creditor's authorized agent/counsel (attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

**/s/Lisa F. Caplan     July 10, 2018**
Signature                    Date

Lisa F. Caplan
Title: Attorney for Creditor
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992

<u>CERTIFICATE OF SERVICE</u>


      I, Lisa F. Caplan of Rubin Lublin TN, PLLC certify that on the 10th day of July, 2018, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:


BILLIE MARIA THOMPSON
177 NORTHLAKE DRIVE
HENDERSONVILLE, TN 37075

RAYMOND KYLE THOMPSON
177 NORTHLAKE DRIVE
HENDERSONVILLE, TN 37075

Mark Richard Podis, Esq.
Mark Podis & Associates
1161 Murfreesboro Road, Ste 300
Nashville, TN 37217

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203-0019

Executed on <u>7/10/18</u>
By:<u>/s/ Lisa F. Caplan</u>
Lisa F. Caplan
TN BPR No. 028887
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor